

**RECEIVED**
SEP 23 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:21-cr-00238-01 |
| | * | |
| VERSUS | * | Judge Doughty |
| | * | Magistrate Judge McClusky |
| JACOB BROWN | * | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1
### 18 U.S.C. § 242
### Deprivation of Rights
### Under Color of Law

On or about May 30, 2019, in Ouachita Parish, in the Western District of Louisiana, the defendant, **Jacob Brown**, while acting under color of law as a Trooper for the Louisiana State Police, willfully deprived arrestee A.B. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from a law enforcement officer's use of unreasonable force during an arrest. Specifically, **Brown** repeatedly struck A.B. in the head and body with a metal flashlight with a tactical cap, without legal justification. The offense resulted in bodily injury to A.B. and involved the use of a dangerous weapon (a flashlight modified with a tactical cap designed for breaking glass).

All in violation of Title 18 United States Code, Section 242.

A TRUE BILL:

***REDACTED***

_____
FOREPERSON: GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618


KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

By: _____
KATHERINE GRAY DEVAR (CA Bar #310939)
Trial Attorney
Criminal Section, Civil Rights Division
150 M. Street NE
Washington DC, 20002
Telephone: (202) 216-2669