SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 1:40 p.m. on September 23, 2021, and recessed at 2:00 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 20 minutes

**5:19-SM-00239   GRAND JURY REPORT**

 X  Partial Report
 X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:21-cr-00236-01*** | X/WRIT | |
| 3:21-cr-00230-01*** | X/WRIT | |
| 3:21-cr-00234-01*** | X/WRIT | |
| 3:21-cr-00238-01 | | X |
| 5:21-cr-00231-01*** | X/WRIT | |
| 5:21-cr-00233-01*** | X/WRIT | |
| 5:21-cr-00235-01*** | X/WRIT | |
| 6:21-cr-00232-01*** | X/WRIT | |
| 6:21-cr-00232-02*** | X/WRIT | |
| 6:21-cr-00232-03*** | X/WRIT | |
| 6:21-cr-00232-04*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:21-cr-00237-01 | X | |

  \*   In Federal Custody
 \*\*   Superseding Indictment
\*\*\*  State Custody