# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**            **CASE NO. 3:21-CR-00238-01**

**VERSUS**                              **JUDGE TERRY A. DOUGHTY**

**JACOB BROWN (01)**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

## MINUTES OF COURT:
### Initial Appearance / Detention Hearing/Arraignment

| Date: | October 13, 2021 | Presiding: | Mag. Judge Kayla D. McClusky |
|---|---|---|---|
| Court Opened: | 10:00 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 10:10 a.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:10 | Courtroom: | VTC Zoom |
| | | Probation Officer: | Casey Stevens |

## APPEARANCES

| | | |
|---|---|---|
| John Luke Walker (AUSA) | For | United States of America |
| Katherine Gray DeVar (AUSA) | For | United States of America |
| Patrick Scott Wolleson (RET) | For | Jacob Brown (01) |
| Jacob Brown (01) | | (LOCATION RELEASE) |

## PROCEEDINGS

The hearing in this matter was held via Zoom/Video Conference due to the COVID-19 order in accordance with the federal law passed under the Cares Act of 2020. All parties appeared via video conference. This proceeding was conducted by Video Conference with the oral consent of defendant.

**INITIAL APPEARANCE:**
Defendant sworn.
Defendant admitted his identity.
Defendant advised of charges, maximum penalties & rights.

**MOTION:**
Oral Motion to Enroll as Counsel for Defendant by Patrick Scott Wolleson.

**ORDER:**
Oral Order granting Motion to Enroll as Counsel for Defendant.

**DETENTION HEARING:**
The government is not moving to detain defendant.  Accordingly, defendant is released on a **$50,000.00** unsecured bond with the standard conditions of release and special conditions as listed in the Order setting conditions.

**ARRAIGNMENT:**
Waiver of formal arraignment.
Pleas of Not Guilty as to each count.

**MOTIONS:**
Oral Motion for Rule 16 Discovery by Defendant.
Oral Motion for Reciprocal Discovery by Government.

**ORDERS:**
Oral Order granting both motions for discovery.  In accordance with Rule 5 (as amended on Oct 21, 2020), the Government is reminded of its obligation to turn over Brady and Giglio evidence to the defense.  Failure to do so can result in serious consequences, including (1) invalidating any subsequent conviction, and (2) severe disciplinary action against the responsible AUSA.

**FILINGS:**
Appearance Bond
Order Setting Conditions of Release
Additional Conditions of Release
Advice of penalties and Sanctions
Due Process Protection Order

**NEXT:**
Telephone status conference set for November 15, 2021 at 10:00 a.m. (central standard time), before Magistrate Judge Kayla D. McClusky.  The Court will issue call-in information to all counsel.