**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:21-cr-00238-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JACOB BROWN** | **MAGISTRATE JUDGE MCCLUSKY** |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**
**ON BEHALF OF JACOB BROWN**

NOW COMES Defendant, Jacob Brown, who moves to enroll as his additional counsel of record Michael L. DuBos and Adam R. Karamanis of Breithaupt, DuBos, & Wolleson, LLC.

WHEREFORE Defendant respectfully moves this Honorable Court for an order enrolling Michael L. DuBos and Adam R. Karamanis as his additional counsel of record in this matter.

Respectfully submitted:

BREITHAUPT, DUBOS & WOLLESON, LLC
1811 Tower Drive
Monroe, Louisiana 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
Email: michael@bdw.law
Email: adam@bdw.law
Email: scott@bdw.law

_____
Michael L. DuBos (#23944), T.A.

_____
Adam R. Karamanis (#39544)

_____
P. Scott Wolleson (#22691)

## CERTIFICATION

I hereby certify that a copy of the above and foregoing has been duly served upon counsel of record on this 29th day of April 2022 via the Court's EM/ECF filing system.

_____
Adam R. Karamanis