UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:21-cr-00238-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JACOB BROWN** | **MAGISTRATE JUDGE MCCLUSKY** |

### ORDER ON MOTION TO ENROLL ADDITIONAL COUNSEL

Considering the foregoing Motion to Enroll Additional Counsel of Record:

IT IS ORDERED that Michael L. DuBos, La. Bar. No. 23944, and Adam R. Karamanis, La. Bar. No. 39544, of Breithaupt, DuBos, & Wolleson, LLC, be and are hereby enrolled as counsel for Defendant, Jacob Brown.

THUS DONE AND SIGNED on this 4th day of May, 2022.

_____
U.S. MAGISTRATE JUDGE MCCLUSKY