UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:21-CR-00238-01 |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| JACOB BROWN | * | MAGISTRATE JUDGE MCCLUSKY |

**UNITED STATES OF AMERICA'S MOTION
FOR PROTECTIVE ORDER PURSUANT TO RULE 16(d)**

**COMES NOW**, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves for the factual and legal reasons set forth in its accompanying Memorandum in Support of Motion for Protective Order, that this Honorable Court issue a Protective Order providing that:

Defense Counsel of Record shall maintain all discovery materials in this case that contain PII in a secure place in which no person who does not have reason to know their contents has access, and shall restrict viewing of discovery of materials in this case containing PII only to the Defendant, Defense Counsel of Record, investigators of Defense Counsel of Record, and expert witnesses retained by Defense Counsel of Record. Defense Counsel of Record shall maintain possession of the original copy, or internal use duplicates, of PII materials provided by the United States in discovery as described above, at all times, in either his custody or in the custody of an authorized agent, support personnel or investigator working under his

1

supervision, and shall be prohibited from providing or leaving said documents or information with any defendant or witness.

Defense Counsel of Record shall be prohibited from making copies of any PII materials provided in discovery, except for internal use purposes.

Defense Counsel of Record shall be prohibited from discussing or otherwise communicating about any PII information contained therein to any persons other than his client, or other support personnel procured by Defense Counsel of Record, unless such discussions or communications with other persons are for the purpose of representing his client in the captioned criminal matter.

At the conclusion of the case, including any appeals, Defense Counsel of Record shall securely maintain the originals and all copies of PII discovery materials.

The defense counsel has been provided a copy of the motion for protective order and has not objection to its entry.

Respectfully submitted,

BRANDON B. BROWN
United States Attorney

By: /s/John Luke Walker
JOHN LUKE WALKER, Bar ID # 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 3:21-CR-00238-01 |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| JACOB BROWN | * | MAGISTRATE JUDGE MCCLUSKY |

## C E R T I F I C A T E

I hereby certify that on July 15, 2022, a copy of the United States of America's Motion for Protective Order Pursuant to Rule 16(d), Memorandum in Support Thereof, and Proposed Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsels of record by ECF notification.

                        BRANDON B. BROWN
                        United States Attorney

By:   /s/John Luke Walker
        JOHN LUKE WALKER, La. Bar No. 18077
        Assistant United States Attorney