**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:21-cr-00238-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JACOB BROWN** | **MAGISTRATE JUDGE MCCLUSKY** |

**UNOPPOSED MOTION TO CONTINUE TRIAL**
**AND SET STATUS CONFERENCE**

NOW INTO COURT, through undersigned counsel, comes Defendant, Jacob Brown, who respectfully moves for a continuance of the October 31, 2022, trial of this matter, and all pre-trial deadlines set forth in the Court's Scheduling Order dated December 14, 2021, all to be reset after a scheduling conference with the Court and counsel for both parties. In support thereof, Mr. Brown avers:

1.

Discovery for this matter is still ongoing. While considerable amounts of discovery have already been produced, the Government is expected to produce at least one (1) additional round of discovery. Moreover, the Government is also expected to produce Federal Rule of Evidence 404(b) evidence. Mr. Brown needs additional time to review the anticipated discovery materials to effectively prepare for trial.

2.

This is the first time Mr. Brown has requested a continuance. The instant continuance is not sought for the purposes of delay, but only so that Mr. Brown may be afforded due process of law under the Fifth Amendment.

3.

The Government does not oppose a continuance nor does the Government oppose resetting related pretrial deadlines.

4.

In addition, Mr. Brown respectfully requests a status conference with the Court so that the parties and the Court can coordinate their schedules and set a new trial date.  Counsel for the parties are mutually available on any of the following dates and times:

- July 5:  After 2:30 p.m.
- July 6:  From 8:30 a.m. to 11:00 a.m.
- July 7:  After 2:30 p.m.
- July 8:  After 1:00 p.m.
- July 11: After 2:30 p.m.
- July 12: After 11:00 a.m.
- July 13: All day.
- July 14: Any time after 9:30 a.m.
- July 15: After 2:30 p.m.

5.

WHEREFORE, Defendant, Jacob Brown, prays that this Honorable Court grant this Motion to Continue and Set Status Conference.  Mr. Brown further prays for any other relief that he may be entitled to, whether in law or in equity.

Respectfully submitted:

**BREITHAUPT DUBOS & WOLLESON, LLC**
1811 Tower Drive
Monroe, Louisiana 71201
Telephone:   (318) 322-1202
Facsimile:    (318) 322-1984
E-mail:        adam@bdw.law
E-mail:        michael@bdw.law
E-mail:        scott@bdw.law

**BY**:  /s/Adam R. Karamanis
        P. Scott Wolleson    (#22691)
        Michael L. DuBos    (#22944)
        Adam R. Karamanis (#39544)

## CERTIFICATE

I hereby certify that on the 1st day of July 2022, a copy of the foregoing was filed electronically with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

        /s/Adam R. Karamanis
        Adam R. Karamanis

## CERTIFICATE OF CONFERENCE

I hereby certify that defense counsel has conferred with counsel for the United States, and that they are unopposed to a continuance. Counsel for the United States also agrees with a proposed trial date in March of 2023, if that date is available for the Court. The Government is also unopposed to Mr. Brown's request for a status conference and requests that the conference be scheduled on one of the following dates: July 5-8 or 11-15th, 2022.

        /s/Adam R. Karamanis
        Adam R. Karamanis