UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:21-cr-00238-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **JACOB BROWN** | **MAGISTRATE JUDGE MCCLUSKY** |

### DEFENDANT'S LIST OF FORESEEABLE ISSUES

NOW COMES Defendant, Jacob Brown, who respectfully provides this Honorable Court with the following list of foreseeable issues:

1.

Defendant has elected to reject the plea agreement offered by the Government and avail himself of his Constitutional and substantive rights, including the right to trial by jury.

2.

Defendant anticipates that his defense will largely be presented through the cross-examination of the Government's witnesses. Depending on the offerings by the Government, Defendant reserves the right to put on evidence in his case-in-chief.

3.

Defendant will work with the government to stipulate to the authenticity of those exhibits for which there is no issue or objection as to authenticity. Defendant has scheduled a meeting with counsel for the Government which will include a plan to review the Government's evidence. The parties will notify the court of any objections that Defendant to the authenticity of any of these

materials. Defendant reserves all other arguments and all substantive defenses related to this evidence.

4.

Defendant requests the production of all *Jenks* Act material sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

5.

Defendant requests the production of all *Brady* material and all discoverable materials concerning any and all cooperating witnesses the Government intends to call. Defendant requests that this material be produced sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

6.

Defendant requests the production of all Grand Jury testimony sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

7.

Defendant requests that the Government identify and permit him to inspect and copy any audio or video recording, transcript, book, paper, document, photograph, or copy thereof, which is in the possession, custody or control of the Government and intended for use by the Government as evidence in chief at his trial. Defendant also requests that every tangible object, building or place which will be relevant evidence in the Government's case-in-chief be now identified for him so that such object, building or place may be inspected. Defendant requests that this information and these materials be provided to him sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

8.

Defendant requests that, with respect to each and every witness that the Government intends to call, he be furnished with the following:

A.  The existence and substance of any agreement, understanding, assurance or representation, formal or informal, written or oral, including but not limited to, any plea agreement, proposed plea agreement, immunity agreement or proposed immunity agreement, entered into or discussed with any attorney or agent of the Government, informant or other person.

B.  The existence of and substance of any reward, consideration or promise, formal or informal, oral or written, of whatever nature, made by or discussed with any attorney or agent of the Government.

C.  Any record, document, information or other material reflecting the prior felony or misdemeanor conviction, juvenile court proceeding or unlawful conduct of any such person.

D.  Any record, document, information or other material reflecting the pendency of any criminal or juvenile proceeding of any such person referred to in this paragraph.

E.  Any record, document, information or other material reflecting criminal or unlawful juvenile conduct by any such person, which is within the knowledge of the Government, or which by the exercise of due diligence could become known to the Government, and as to which there are no criminal or juvenile proceeding pending.

Defendant requests that he be furnished with this information sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

9.

Defendant requests that the United States Attorney make known to him any offer of immunity, reward, promise of leniency, threat of prosecution, or promise of assistance that may have been or may be extended to any person who may be called as a witness in this case. This request includes any offer of assistance, reward, forbearance, immunity or any other consideration, to any potential witness in this, or any other case, which could conceivably influence said witness's testimony or cause any witness to assist any Government agency, state or federal, in the

investigation or prosecution of this case. Defendant requests that he be furnished with this information sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

10.

Defendant will object to any attempt by the Government to offer evidence of "other crimes, wrongs or acts." See Rule 404(b) of the Federal Rules of Evidence. The Government has not provided notice to Defendant of its intent to offer any such evidence.

11.

Defendant requests the production of any statement or report in the possession of the United States which was made by a Government witness or prospective Government witness who will testify in the Government's case in chief. 18 U.S.C. §3500. Defendant requests that he be furnished with this information sufficiently in advance of trial to allow him to prepare a defense and avoid the need to unduly delay the progress of the trial.

12.

Defendant will immediately notify the Court if any other issues are identified prior to trial.

Respectfully submitted:

**BREITHAUPT DUBOS & WOLLESON, LLC**
1811 Tower Drive
Monroe, Louisiana 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
E-mail: adam@bdw.law
E-mail: michael@bdw.law
E-mail: scott@bdw.law


BY: */s/Adam R. Karamanis*
P. Scott Wolleson (#22691)
Michael L. DuBos (#22944)
Adam R. Karamanis (#39544)


### CERTIFICATION

I hereby certify that a copy of the above and foregoing has been duly served upon counsel of record on this 26th day of June 2023 via the Court's EM/ECF filing system.


*/s/Adam R. Karamanis*
Adam R. Karamanis