UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-CR-00238-01 |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| JACOB BROWN | * | MAGISTRATE JUDGE MCCLUSKY |

### GOVERNMENT'S EXHIBIT LIST

The United States of America, through the undersigned counsel, hereby submits to the Court an updated Exhibit List for the Government's case-in-chief in the above captioned case, along with stipulations between the parties as to admissibility and/or authenticity of the exhibits.

| EXH. No. | DESCRIPTION OF EXHIBIT | BATES | Stipulation: Auth | Adm | | Admitted |
|---|---|---|---|---|---|
| 1. | Jacob Brown BWC Video – (clip) | From US-01222 | X | X | |
| 1A. | Jacob Brown BWC Video – (clip) with transcription | From US-01222 | Demonstrative only | | |
| 2. | Still from Brown BWC - 1 | From US-01222 | X | X | |
| 3. | Still from Brown BWC - 2 | From US-01222 | X | X | |
| 4. | Still from Brown BWC - 3 | From US-01222 | X | X | |
| 5. | Still from Brown BWC - 4 | From US-01222 | X | X | |
| 6. | Still from Brown BWC - 5 | From US-01222 | X | X | |
| 7. | Still from Brown BWC - 6 | From US-01222 | X | X | |
| 8. | Still from Brown BWC - 7 | From US-01222 | X | X | |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Still from Brown BWC - 8 | From US-01222 | X | X | |
| 10. | Still from Brown BWC - 9 | From US-01222 | X | X | |
| 11. | Still from Brown BWC - 10 | From US-01222 | X | X | |
| 12. | Map of Area with route from Family Dollar | From Google | X | | |
| 12A | Map of Area (close up) | From Google | X | | |
| 13. | Photograph 1 - Aaron Bowman head injury | US-01722 | X | X | |
| 14. | Photograph 2 - Aaron Bowman head injury | US-01723 | X | X | |
| 15. | Photograph 3 - Aaron Bowman side profile | US-01721 | X | X | |
| 16. | Photograph 4 – Aaron Bowman hospital bed | US-01724 | X | | |
| 17. | Photograph 5 – Aaron Bowman head (scar) 11.25.2020 | US-01719 | X | X | |
| 18. | Photograph 6 – Aaron Bowman head (scar) 11.25.2020 | US-01718 | X | X | |
| 19. | Photograph 7 – Aaron Bowman head (scar) 11.25.2020 | US-01720 | X | X | |
| 20. | Acadian Ambulance Medical Report | US-01467 | X | X | |
| 21. | Written Stipulation re Injuries | NA | X | X | |
| 22. | Photograph of Flashlight | US-B-01710 | X | X | |
| 23. | Jacob Brown – Oath of Office | From US-10485 | X | X | |
| 24. | Written Stipulation re Color of Law | NA | X | X | |
| 25. | LSP Policy - Use of Force (Effective 2-21-2019 to 2-4-2020) | US-00360 | X | X | |
| 26. | LSP Policy on BWC and ICC_3-27-18 | US-00396 | X | X | |
| 27. | LSP BWC Retention Scheduled (excerpt) | From US-00408 | X | X | |
| 28. | Jacob Brown – LA Peace Officer Training Report | US-05396 | X | X | |

| 29. | Jacob Brown – SSGT Vanguard Written Test (Excerpt – Baton Test) | From US-10485 | X | X | |
| 30. | Jacob Brown – SSGT Vanguard Certifications | From US-10485 | X | X | |
| 31. | Vanguard Strategic Baton Course Material | US- 08121 | X | X | |
| 32. | Jacob Brown – LSP Training Record for AXON BWC Implementation (2018) | US- 05628 | X | X | |
| 33. | AXON Audit Log for Jacob Brown BWC Camera (5/30/19) | US-03070 | X | X | |
| 34. | William Brinkerhoff Incident Report- Video Review (9.29.20) | US-01344 | X | | |
| 35. | Photograph of Scene | NA | X | X | |
| 36. | Flashlight (physical item) from Jacob Brown | NA | X | X | |
| 37. | Jacob Brown BWC Video (full length) | US-01222 | X | X | |

The government's analysis, investigation, trial preparation, and collection of information related to this case continues. As a result, additional exhibits are possible and will be identified and/or disclosed to the defense as they are identified and prepared. This list does not include all possible rebuttal or cross-examination exhibits.

Respectfully submitted,

Date:   July 30, 2023

By:   /s/ *Katherine DeVar*
Katherine G. DeVar
Trial Attorney
150 M Street NW
Washington, DC 20002

By:   /s/ *Luke Walker*
J. Luke Walker
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette La 70501