UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21-cr-00238-01 |
|---|---|
| VERSUS | JUDGE DOUGHTY |
| JACOB BROWN | MAGISTRATE JUDGE MCCLUSKY |

**DEFENDANT'S SECOND AMENDED EXHIBIT LIST**

NOW COMES Defendant, Jacob Brown, who, through undersigned counsel, provides the following list of exhibits which he intends to or may use at trial:

| Ex. | Offered | Admitted | Description | Stipulation: Auth | Adm | |
|---|---|---|---|---|---|
| 1000 | | | TASER X2 Recertification Course Outline US-B-00000018 | X | |
| 1001 | | | LSP - Rapid Deployment and tactical use of handgun and rifle training course outline US-B-00000023 | X | |
| 1002 | | | TASER Ppt. Annual User Update 2018 US-B-00000033 | X | |
| 1003 | | | LSP Slides - Introduction to Human Performance and Science Behind Force Encounters US-B-00000110 | X | |
| 1004 | | | LSP Slides - Introduction to Human Performance and Science Behind Force Encounters US-B-00000135 | X | |
| 1005 | | | Defensive Tactics Drills US-B-00000163 | X | |
| 1006 | | | Warnings & Instructions US-B-00000164 TASER | X | |
| 1007 | | | LSP 2018 In-Service-Advanced UOF Tactics Review US-B-00000171 | X | |
| 1008 | | | LSP 2018 In-Service-Advanced UOF Scenario Safety Briefing US-B-00000172 | X | |
| 1009 | | | TASER Recertification Test Answer Key US-B-00000173 | X | |
| 1010 | | | LSP 2018 In-Service Tactical Obstacle Course Overview US-B-00000179 | X | |

| <u>Ex.</u> | Offered | Admitted | <u>Description</u> | Stipulation: Auth | Adm ||
|---|---|---|---|---|---|
| 1011 | | | LSP 2018 In-Service Operational Plan for Use of Force Scenarios US-B-00000181 | X | |
| 1012 | | | LSP Below 100 Course Overview US-B-00000201 | X | |
| 1013 | | | TASER 2019 Recertification Test Answer key US-B-00000335 | X | |
| 1014 | | | 2019 In-Service TASER CEW Recertification Overview US-B-00000344 | X | |
| 1015 | | | 2019 In-Service Use of Force Training Overview US-B-00000351 | X | |
| 1016 | | | P.O. 238 Use of Force, Eff. 02.21.2019 to 02.04.2020 US-B-00000360 | X | X |
| 1017 | | | Radio traffic - US-B-00000535 | X | X |
| 1018 | | | Radio traffic - US-B-00000537 | X | X |
| 1019 | | | ULMPD Policies re Records Administration; Body Cams; Responding to Calls; UoF US-B-00000820 | X | X |
| 1020 | | | Bowman ID - Copy US-B-00001208 | X | X |
| 1021 | | | Jacob Brown BWC video US-B-00001222 | X | X |
| 1022 | | | P.O. 238 Use of Force, Eff. 02.21.19 US-B-00001346 | X | X |
| 1023 | | | OPSO Offense Report; Arrest Report; Call for Service Report US-B-00001404 | X | |
| 1024 | | | Doorbell video - US-B-00001422 | X | |
| 1025 | | | LSP Timesheet for Jacob Brown, 5.20.19 thru 6.02.19 US-B-00001686 | X | X |
| 1026 | | | BWC Screenshot US-B-00001687 | X | X |
| 1027 | | | Photo - 11.25.2020 US-B-00001718 | X | X |
| 1028 | | | Photo - 11.25.2020 US-B-00001719 | X | X |
| 1029 | | | Photo - 11.25.2020 US-B-00001720 | X | X |
| 1030 | | | Photo - US-B-00001722 | X | X |
| 1031 | | | LSP P.O. 1117 Body Worn Camera & In-Car Camera Systems, Effective 3.27.18 US-B-00001811 | X | X |
| 1032 | | | Bowman Warrant US-B-00001862 | X | X |
| 1033 | | | Bowman Warrant, OPSO Report, and JBE Covid Proclamation US-B-00001864 | X | |
| 1034 | | | 5.31.19 Email From Andy Stadius to Mark Johnson and Bobby Crump US-B-00002305 | X | |
| 1035 | | | Baton Rouge Shootout US-B-00002338 | X | |
| 1036 | | | Vanguard UOF Training Material US-B-00002339 | X | |

| <u>Ex.</u> | <u>Offered</u> | <u>Admitted</u> | <u>Description</u> | **Stipulation: Auth** | **Adm** |
|---|---|---|---|---|---|
| 1037 | | | Employee Notification Form 12-4-14 & Personal Data Questionnaire - Jacob Brown US-B-00003020 | X | |
| 1038 | | | Photo - BWC - J. Brown – Bowman US-B-00003069 | X | X |
| 1039 | | | Photo - BWC - J. Brown – Bowman US-B-00003727 | X | X |
| 1040 | | | Copy of SSGT Vanguard Level Two Student Practical Exam US-B-00005803 | X | |
| 1041 | | | SSGT Vanguard Level Two Student Written Exam - Answer Key US-B-00005818 | X | |
| 1042 | | | LSP Strategic Self-Defense & Grappling Tactics - Jan 5th - Jan 9th & Jan 12th-January 16th US-B-00005858 | X | |
| 1043 | | | LSP Use of Force Lecture – 2014 US-B-00006486 | X | |
| 1044 | | | LSP Use of Force Strategic Self-Defense & Grappling Tactics Powerpoint US-B-00006497 | X | |
| 1045 | | | LSP Use of Force & Dealing with a Handcuffed Subject Powerpoint US-B-00006863 | X | |
| 1046 | | | 2016 In-Service Tactical Obstacle Course Outline 9-12-16 US-B-00007243 | X | X |
| 1047 | | | Officer Survival Videos & Discussion Lesson Plan 2-19-16 US-B-00007378 | X | |
| 1048 | | | P1 Training Video US-B-00007386 | X | |
| 1049 | | | P1 Training Video US-B-00007387 | X | |
| 1050 | | | P1 Training Video US-B-00007389 | X | |
| 1051 | | | P1 Training Video US-B-00007391 | X | |
| 1052 | | | P1 Training Video US-B-00007392 | X | |
| 1053 | | | P1 Training Video US-B-00007398 | X | |
| 1054 | | | P1 Training Video US-B-00007404 | X | |
| 1055 | | | P1 Training Video US-B-00007406 | X | |
| 1056 | | | P1 Training Video US-B-00007410 | X | |
| 1057 | | | P1 Training Video US-B-00007413 | X | |
| 1058 | | | P1 Training Video US-B-00007414 | X | |
| 1059 | | | In-Service 2016 Defensive Tactics, Strategic Self-Defense & Grappling Tactics Lecture Outline US-B-00007434 | X | X |
| 1060 | | | Vehicle Close Quarter Battle & Tactics – 2017 US-B-00007575 | X | |

| <u>Ex.</u> | Offered | Admitted | <u>Description</u> | Stipulation: Auth | Adm ||
|---|---|---|---|---|---|
| 1061 | | | LSP 2017 In-Service Legal Review & Use of Force Powerpoint US-B-00007776 | X | |
| 1062 | | | In-Service 2017 Defensive Tactics, Strategic Self-Defense & Grappling Tactics US-B-00007823 | X | X |
| 1063 | | | Vanguard SSGT Student Course Powerpoint US-B-00007829 | X | |
| 1064 | | | Vanguard -2 Student Course Manual US-B-00007961 | X | |
| 1065 | | | LSP 2017 In-Service Training UOF Scenarios Course Outline 2-7-17 US-B-00008454 | X | |
| 1066 | | | 2017 LSP In-Service-Advanced UOF Scenario Safety Briefing US-B-00008463 | X | |
| 1067 | | | 2017 LSP In-Service-Advanced UOF Tactics Review US-B-00008464 | X | |
| 1068 | | | SSGT Vanguard Level 1 Instructor Course - Scott Davis US-B-00008541 | X | |
| 1069 | | | SSGT Vanguard Level 2 Instructor Course US-B-00008687 | X | |
| 1070 | | | Below 100 Powerpoint - W.I.N. US-B-00009494 | X | |
| 1071 | | | Below 100 Powerpoint - Complacency Kills US-B-00009513 | X | |
| 1072 | | | Operational Plan for LSP 2020 In-Service Training, Use of Force Scenarios Course US-B-00010365 | X | |
| 1073 | | | Jacob Brown Certifications US-B-00010485 | X | |
| 1074 | | | 05-1-19_Platoon_3_training_report | X | |
| 1075 | | | 20-020_Pursuit_Distance | X | X |
| 1076 | | | 2017_SWAT_Course_Attendence_-_Selection | X | |
| 1077 | | | CQB_April_2018 | X | |
| 1078 | | | Jacob_Brown_-_Training_Academy_-_Scanned_Certificates | X | |
| 1079 | | | MFF_Operations_Manual | X | |
| 1080 | | | Welcome_&_Intro_to_the_Program_April_2018 | X | |
| 1081 | | | Door camera footage US-B-00001417 | X | |
| 1082 | | | Door camera footage US-B-00001424 | X | |
| 1083 | | | ICC Video – Jacob Brown's Unit US-B-00011065 | X | |
| 1084 | | | Affidavit for Arrest Warrant US-B-00002317 | X | |
| 1085 | | | Ambulance report US-B-00001467 | X | |

| Ex. | Offered | Admitted | Description | Stipulation: Auth | Adm | |
|---|---|---|---|---|---|
| 1086 | | | Photos and/or Digital Images of Pursuit and Apprehension | X | X |
| 1087 | | | Urinalysis/Toxicology Results from St. Francis Medical Center US-B-00001527 | X | X |
| 1088 | | | Radio Traffic US-B-00000534 | X | |
| 1089 | | | BWC Footage US-B_00001231 | X | |
| 1100 | | | Still from Jacob Brown's BWC | X | |
| 1101 | | | Still from Jacob Brown's BWC | X | |
| 1102 | | | Still from Jacob Brown's BWC | X | |
| 1103 | | | Still from Jacob Brown's BWC | X | |
| 1104 | | | Still from Jacob Brown's BWC | X | |

Defendant's analysis, investigation, trial preparation, and collection of information related to this case continues. As a result, additional exhibits are possible and will be identified and/or disclosed to the defense as they are identified and prepared. This list does not include all possible rebuttal or cross-examination exhibits.

Respectfully submitted:

**BREITHAUPT DUBOS & WOLLESON, LLC**
1811 Tower Drive
Monroe, Louisiana 71201
Telephone: (318) 322-1202
Facsimile: (318) 322-1984
E-mail: adam@bdw.law
E-mail: michael@bdw.law
E-mail: scott@bdw.law

**BY**: */s/Adam R. Karamanis*
P. Scott Wolleson (#22691)
Michael L. DuBos (#22944)
Adam R. Karamanis (#39544)

## **CERTIFICATION**

I hereby certify that a copy of the above and foregoing has been duly served upon counsel of record on this 30th day of July 2023 via the Court's EM/ECF filing system.

                */s/Adam R. Karamanis*
                Adam R. Karamanis