**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  3:21-CR-00238-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACOB BROWN (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Jury Trial Begun**

| | | | |
|---|---|---|---|
| Date: | July 31, 2023 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 6:30 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 8:45 | Courtroom: | 2nd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Katherine Gray DeVar   (DOJ) | For | United States of America |
| John Luke Walker   (AUSA) | For | United States of America |
| Patrick Scott Wolleson   (RET) | For | Jacob Brown (01), Defendant |
| Michael L DuBos   (RET) | For | Jacob Brown (01), Defendant |
| Adam Roger Karamanis   (RET) | For | Jacob Brown (01), Defendant |
| Jacob Brown (01) | | Defendant (LOCATION RELEASE) |

**PROCEEDINGS**

**PROCEEDINGS**:
Conference held in chambers  (:45)
Jurors Selected and Sworn
Preliminary Instructions given to jurors
Witnesses Sequestered
Opening Statements by Government and Defendant
Testimony & evidence for the Government begun

**RULINGS/COMMENTS:**
Oral Order granting in part and denying in part Motion in Limine (Doc. No. 92).  Oral reasons assigned.
Oral Order granting in part and denying in part Motion in Limine (Doc. No. 94).  Oral reasons assigned.

Court recessed until 9:00 a.m. tomorrow.