UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-CR-00238-01 |
| --- | --- | --- |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| JACOB BROWN | * | MAGISTRATE JUDGE MCCLUSKY |

**GOVERNMENT'S EXHIBIT LIST**

| EXH. No. | DESCRIPTION OF EXHIBIT | BATES | Admitted |
| --- | --- | --- | --- |
| 1. | Jacob Brown BWC Video – (clip) – **MANUAL ATTACHMENT** | From US-01222 | 7/31/2023 |
| 1A. | Jacob Brown BWC Video – (clip) with transcription – **MANUAL ATTACHMENT** | From US-01222 | 7/31/2023 |
| 2. | Still from Brown BWC - 1 | From US-01222 | 7/31/2023 |
| 3. | Still from Brown BWC - 2 | From US-01222 | 7/31/2023 |
| 4. | Still from Brown BWC - 3 | From US-01222 | 7/31/2023 |
| 5. | Still from Brown BWC - 4 | From US-01222 | 7/31/2023 |
| 6. | Still from Brown BWC - 5 | From US-01222 | 7/31/2023 |
| 7. | Still from Brown BWC - 6 | From US-01222 | 7/31/2023 |
| 8. | Still from Brown BWC - 7 | From US-01222 | 7/31/2023 |
| 9. | Still from Brown BWC - 8 | From US-01222 | 7/31/2023 |
| 10. | Still from Brown BWC - 9 | From US-01222 | 7/31/2023 |
| 11. | Still from Brown BWC - 10 | From US-01222 | 7/31/2023 |

| 12. | Map of Area | NA | **8/1/2023** |
|---|---|---|---|
| 12a. | Map of Area- zoomed in | NA | **8/1/2023** |
| 13. | Photograph 1 - Aaron Bowman head injury | US-01722 | **7/31/2023** |
| 14. | Photograph 2 - Aaron Bowman head injury | US-01723 | **7/31/2023** |
| 15. | Photograph 3 - Aaron Bowman side profile | US-01721 | **7/31/2023** |
| 16. | Photograph 4 – Aaron Bowman hospital bed | US-01724 | **8/2/2023** |
| 17. | Photograph 5 – Aaron Bowman head (scar) 11.25.2020 | US-01719 | **7/31/2023** |
| 18. | Photograph 6 – Aaron Bowman head (scar) 11.25.2020 | US-01718 | **7/31/2023** |
| 19. | Photograph 7 – Aaron Bowman head (scar) 11.25.2020 | US-01720 | **7/31/2023** |
| 20. | Acadian Ambulance Medical Report | US-01467 | **7/31/2023** |
| 21. | Written Stipulation re Injuries | NA | **7/31/2023** |
| 22. | Photograph of Flashlight | US-01714 | **7/31/2023** |
| 23. | Jacob Brown – Oath of Office | From US-10485 | **7/31/2023** |
| 24. | Written Stipulation re Color of Law | NA | **7/31/2023** |
| 25. | LSP Policy - Use of Force (Effective 2-21-2019 to 2-4-2020) | US-00360 | **7/31/2023** |
| 26. | LSP Policy on BWC and ICC_3-27-18 | US-00396 | **7/31/2023** |
| 27. | LSP BWC Retention Scheduled (excerpt) | From US-00408 | **7/31/2023** |
| 28. | Jacob Brown – LA Peace Officer Training Report | US-05396 | **7/31/2023** |
| 29. | Jacob Brown – SSGT Vanguard Written Test (Excerpt – Baton Test) | From US-10485 | **7/31/2023** |
| 30. | Jacob Brown – SSGT Vanguard Certifications | From US-10485 | **7/31/2023** |
| 31. | Vanguard Strategic Baton Course Material | US- 08121 | **7/31/2023** |
| 32. | Jacob Brown – LSP Training Record for AXON BWC Implementation (2018) | US- 05628 | **7/31/2023** |
| 33. | AXON Audit Log for Jacob Brown BWC Camera (5/30/19) | US-03070 | **7/31/2023** |

| 35. | Photograph of Scene | NA | **7/31/2023** |
|---|---|---|---|
| 36. | Flashlight (physical item) from Jacob Brown – **MANUAL ATTACHMENT** | NA | **7/31/2023** |