

GOVERNMENT EXHIBIT
14
3:21-cr-00238

US-B-00001723