| FMOL Health System | ST FRANCIS MEDICAL CENTER<br>309 Jackson St<br>HOSPITAL RECORD | Bowman, Aaron L Jr.<br>MRN: 651905, DOB: [REDACTED], Sex: M<br>Acct #: 2000000632342<br>Adm: 5/30/2019, D/C: 5/31/2019 |
|---|---|---|

## All Orders (continued)

### Toxicology screen, urine [112641100] (continued)

**Toxicology screen, urine [112641100]**

Electronically signed by: **Mollaei, Amir, MD** on 05/30/19 2323                                                                                       Status: **Completed**
Ordering user: Mollaei, Amir, MD  05/30/19 2323
Authorized by: Mollaei, Amir, MD                                                   Ordering provider: Mollaei, Amir, MD
Frequency: Once 05/30/19 2323 - 1 occurrence
Acknowledged: Wood, Daniel, RN  05/31/19 0035 for Placing Order

**Toxicology screen, urine [112641104] (Abnormal)**                                   Resulted: 05/31/19 0235, Result status: Final result
Ordering provider: Mollaei, Amir, MD  05/30/19 2323                                  Resulting lab: ST. FRANCIS MEDICAL CENTER
Narrative:
Detectable Level for Amphetamines: >1000 ng/mL
Detectable Level for Barbiturates: >200 ng/mL
Detectable Level for Benzodiazepines: >200 ng/mL
Detectable Level for Cannabinoids: >50 ng/mL
Detectable Level for Cocaine: >300 ng/mL
Detectable Level for Ecstacy: >500 ng/mL
Detectable Level for Methadone: >300 ng/mL
Detectable Level for Opiates: >300 ng/mL
Detectable Level for Propoxyphene: >300 ng/mL
Detectable Level for Phencyclidine (PCP): >25 ng/mL

These assays are intended for use in clinical laboratories. Results are to be used for Medical Purposes only. Unconfirmed screening results must not be used for non-medical purposes. These assays provide only preliminary analytical test results. A more specific alternate chemical method must be used to obtain a confirmed analytical result. Gas Chromatography/Mass Spectrophotometry (GC/MS) is the preferred confirmatory method. Clinical consideration and professional judgement should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

NOTE - Ecstasy results may be positive due to cross-reactivity with statin drugs such as Fenofibrate.

**Specimen Information**

| ID | Type | Source | Collected On |
|---|---|---|---|
| SF19151CM0011 | Urine Void | Urine | 05/31/19 0108 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ecstasy Urine | Negative | Negative | — | 72 |
| Amphetamines Screen Urine | Negative | Negative | — | 72 |
| Barbiturates Screen Urine | Negative | Negative | — | 72 |
| Benzodiazepine Screen Urine | Negative | Negative | — | 72 |
| THC Cannabinoid Screen Urine | Positive | Negative | A * | 72 |
| Cocaine Screen Urine | Positive | Negative | A * | 72 |
| Opiates Screen Urine | Negative | Negative | — | 72 |
| Methadone Urine | Negative | Negative | — | 72 |
| Propoxyphene, Urine | Negative | Negative | — | 72 |
| PCP Urine | Negative | Negative | — | 72 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 72 - Unknown | ST. FRANCIS MEDICAL CENTER | Dr. Richard Blanchard | 309 Jackson Street<br>Monroe LA 71201 | 05/01/18 1624 - Present |

**Conclusion**
Detectable Level for Amphetamines: >1000 ng/mL
Detectable Level for Barbiturates: >200 ng/mL
Detectable Level for Benzodiazepines: >200 ng/mL
Detectable Level for Cannabinoids: >50 ng/mL
Detectable Level for Cocaine: >300 ng/mL
Detectable Level for Ecstacy: >500 ng/mL
Detectable Level for Methadone: >300 ng/mL
Detectable Level for Opiates: >300 ng/mL
Detectable Level for Propoxyphene: >300 ng/mL
Detectable Level for Phencyclidine (PCP): >25 ng/mL

**BROWN EXHIBIT 1087**

US-B-00001527

**FMOL Health System**

ST FRANCIS MEDICAL CENTER
309 Jackson St
HOSPITAL RECORD

Bowman, Aaron L Jr.
MRN: 651905, DOB: ███████, Sex: M
Acct #: 2000000632342
Adm: 5/30/2019, D/C: 5/31/2019

### All Orders (continued)

These assays are intended for use in clinical laboratories. Results are to be used for Medical Purposes only. Unconfirmed screening results must not be used for non-medical purposes. These assays provide only preliminary analytical test results. A more specific alternate chemical method must be used to obtain a confirmed analytical result. Gas Chromatography/Mass Spectrophotometry (GC/MS) is the preferred confirmatory method. Clinical consideration and professional judgement should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

NOTE - Ecstasy results may be positive due to cross-reactivity with statin drugs such as Fenofibrate.

### Procedure Log

There is no procedure log data to display.

**Measurements**

| | | | | | |
|---|---|---|---|---|---|
| Amphetamines Screen Urine: | Negative | (Range: Negative) | Barbiturates Screen Urine: | Negative | (Range: Negative) |
| Benzodiazepine Screen Urine: | Negative | (Range: Negative) | Cocaine Screen Urine: | **Positive** | **(Range: Negative)** |
| Ecstasy Urine: | Negative | (Range: Negative) | Methadone Urine: | Negative | (Range: Negative) |
| Opiates Screen Urine: | Negative | (Range: Negative) | PCP Urine: | Negative | (Range: Negative) |
| Propoxyphene, Urine: | Negative | (Range: Negative) | THC Cannabinoid Screen Urine: | **Positive** | **(Range: Negative)** |

**Interpretation Summary**

Detectable Level for Amphetamines: >1000 ng/mL
Detectable Level for Barbiturates: >200 ng/mL
Detectable Level for Benzodiazepines: >200 ng/mL
Detectable Level for Cannabinoids: >50 ng/mL
Detectable Level for Cocaine: >300 ng/mL
Detectable Level for Ecstacy: >500 ng/mL
Detectable Level for Methadone: >300 ng/mL
Detectable Level for Opiates: >300 ng/mL
Detectable Level for Propoxyphene: >300 ng/mL
Detectable Level for Phencyclidine (PCP): >25 ng/mL

These assays are intended for use in clinical laboratories. Results are to be used for Medical Purposes only. Unconfirmed screening results must not be used for non-medical purposes. These assays provide only preliminary analytical test results. A more specific alternate chemical method must be used to obtain a confirmed analytical result. Gas Chromatography/Mass Spectrophotometry (GC/MS) is the preferred confirmatory method. Clinical consideration and professional judgement should be applied to any drug of abuse test result, particularly when preliminary positive results are used.

NOTE - Ecstasy results may be positive due to cross-reactivity with statin drugs such as Fenofibrate.

### Urinalysis - Urine Straight Cath [112641101]

Electronically signed by: **Mollaei, Amir, MD on 05/30/19 2323**                                                                                                    Status: **Completed**
Ordering user: Mollaei, Amir, MD 05/30/19 2323                                    Ordering provider: Mollaei, Amir, MD
Authorized by: Mollaei, Amir, MD
Frequency: STAT 05/30/19 2323 - 1 occurrence
Acknowledged: Wood, Daniel, RN 05/31/19 0035 for Placing Order

### Urinalysis - Urine Straight Cath [112641101]

Electronically signed by: **Mollaei, Amir, MD on 05/30/19 2323**                                                                                                    Status: **Completed**
Ordering user: Mollaei, Amir, MD 05/30/19 2323                                    Ordering provider: Mollaei, Amir, MD
Authorized by: Mollaei, Amir, MD
Frequency: STAT 05/30/19 2323 - 1 occurrence
Acknowledged: Wood, Daniel, RN 05/31/19 0035 for Placing Order

Urinalysis - Urine Straight Cath [112641105] (Abnormal)                                              Resulted: 05/31/19 0129, Result status: Final result
Ordering provider: Mollaei, Amir, MD  05/30/19 2323                               Resulting lab: ST. FRANCIS MEDICAL CENTER

**Specimen Information**

| ID | Type | Source | Collected On |
|---|---|---|---|
| SF19151HU0002 | Urine Straight Cath | Urine | 05/31/19 0108 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

US-B-00001528