



**BROWN EXHIBIT 1104**