UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:21-CR-00238** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JACOB BROWN** | **MAG. JUDGE MCCLUSKY** |

<u>**VERDICT FORM**</u>

**COUNT 1**

As to the charge contained in Count 1 of the Indictment, we, the jury, unanimously find, beyond a reasonable doubt, **DEFENDANT JACOB BROWN:**

_____ GUILTY

\_\_X\_\_ NOT GUILTY

MONROE, LOUISIANA, this 2 day of <u>August</u>, 2023.



_____
FOREPERSON