UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNITED STATES OF AMERICA**           **CASE NO. 3:21-CR-00238-01**

**VERSUS**                             **JUDGE TERRY A. DOUGHTY**

**JACOB BROWN (01)**                   **MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER FOR PERMANENT RELEASE OF EXHIBITS

IT IS HEREBY ORDERED that the following physical exhibits are substituted with photographs of the exhibits and hereby released to the care, custody and control of counsel, case agent and/or agency until this case has been finally disposed of:

| | |
|---|---|
| Government Exhibit 36 | Flashlight |
| Defense Exhibit 1105 | PR 24 Baton |
| Defense Exhibit 1106 | Collapsible ASP baton |

THUS DONE AND SIGNED in Monroe, Louisiana, on this 2nd day of August, 2023.

_____
Terry A. Doughty
United States District Judge