AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

JACOB BROWN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:21-CR-00238-01

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

TERRY A. DOUGHTY, U. S. DISTRICT JUDGE
Name and Title of Judge

August 2, 2023
Date