UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-CR-00238-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JACOB BROWN (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

### CERTIFICATE TO DESTROY EXHIBITS

This is to certify in accordance with LCrR55, all conditions of the sentence and probation have been satisfied. As such and there being no need to maintain the exhibits for purposes of appeal and post conviction relief, any exhibits on the attached list not claimed by the attorney of record who introduced same at trial are now eligible for destruction.

_8/4/23_
Date

_[signature]_
Courtroom Deputy

---

Notification to the parties/attorneys via "Notice of Intent to Destroy Exhibits" is approved.

_8/14/23_
Date

_[signature]_
Chief Deputy

---

Notice of Intent to Destroy Exhibits filed in CM/ECF on _8/14/23_.

_8/14/23_
Date

_[signature]_
Deputy Clerk

---

Destruction of the above described exhibits is approved.

_8/28/23_
Date

_[signature]_
Chief Deputy

---

I hereby certify that the above described exhibits were destroyed on _8/29/23_.

_8/29/23_
Date

_[signature]_
Courtroom Deputy

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-CR-00238-01 |
| --- | --- | --- |
| VERSUS | * | JUDGE DOUGHTY |
| JACOB BROWN | * | MAGISTRATE JUDGE MCCLUSKY |

**GOVERNMENT'S EXHIBIT LIST**

| EXH. No. | DESCRIPTION OF EXHIBIT | BATES | Admitted |
| --- | --- | --- | --- |
| 1. | Jacob Brown BWC Video – (clip) – **MANUAL ATTACHMENT** | From US-01222 | 7/31/2023 |
| 1A. | Jacob Brown BWC Video – (clip) with transcription – **MANUAL ATTACHMENT** | From US-01222 | 7/31/2023 |
| 2. | Still from Brown BWC - 1 | From US-01222 | 7/31/2023 |
| 3. | Still from Brown BWC - 2 | From US-01222 | 7/31/2023 |
| 4. | Still from Brown BWC - 3 | From US-01222 | 7/31/2023 |
| 5. | Still from Brown BWC - 4 | From US-01222 | 7/31/2023 |
| 6. | Still from Brown BWC - 5 | From US-01222 | 7/31/2023 |
| 7. | Still from Brown BWC - 6 | From US-01222 | 7/31/2023 |
| 8. | Still from Brown BWC - 7 | From US-01222 | 7/31/2023 |
| 9. | Still from Brown BWC - 8 | From US-01222 | 7/31/2023 |
| 10. | Still from Brown BWC - 9 | From US-01222 | 7/31/2023 |
| 11. | Still from Brown BWC - 10 | From US-01222 | 7/31/2023 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21-cr-00238-01 |
|---|---|
| VERSUS | JUDGE DOUGHTY |
| JACOB BROWN | MAGISTRATE JUDGE MCCLUSKY |

DEFENDANT'S EXHIBIT LIST

| Ex. | Admitted | Description |
|---|---|---|
| 1017 | 8/1/2023 | Radio traffic - US-B-00000535 – **MANUAL ATTACHMENT** |
| 1081 | 8/1/2023 | Door camera footage US-B-00001417 – **MANUAL ATTACHMENT** |
| 1083 | 8/1/2023 | ICC Video – Jacob Brown's Unit US-B-00011065 |
| 1087 | 8/2/2023 | Urinalysis/Toxicology Results from St. Francis Medical Center US-B-00001527 |
| 1088 | 8/1/2023 | Radio Traffic US-B-00000534 **MANUAL ATTACHMENT** |
| 1089 | 8/2/2023 | BWC Footage US-B_00001231 **MANUAL ATTACHMENT** |
| 1104 | 8/1/2023 | Still from Jacob Brown's BWC |
| 1105 | 7/31/2023 | PR 24 Baton |
| 1106 | 7/31/2023 | Collapsible ASP baton |

Page 1 of 1